UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEUNG CHAN SOHN and HEE-KYONG SOHN,

                    Plaintiffs,

-against-

ATRIA SENIOR LIVING GROUP, INC., ATRIA NORWOOD, ATRIA SENIOR LIVING IN NORWOOD, INC.,

                    Defendants.

CIVIL CASE NO: 20-cv-1019

**ORDER OF TRANFER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 1, 2020

MARY KAY VYSKOCIL, District Judge:

      WHEREAS, pursuant to 28 U.S.C. § 1404(a), all parties consent to transfer this matter to the United States District Court of New Jersey (Newark) and stipulate venue is proper in the United States District Court of New Jersey (Newark), it is hereby

      **ORDERED** that this case is transferred to the United States District Court of New Jersey (Newark). The Clerk of the Court is directed to close this matter and transfer the case to the District Court of New Jersey (Newark).

Dated: July 1, 2020
       New York, New York

                                                HON. MARY KAY VYSKOCIL
                                                United States District Judge